# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jose Luis Gallardo          **Docket Number:**   0972 1:14CR00024

**Name of Judicial Officer**:     Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**    11/19/2004

**Original Offense:** 21 U.S.C. § 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 846 and 841(b)(1)(A), Conspiracy to Distribute Methamphetamine (CLASS C FELONIES)

**Original Sentence:** 120 months BOP; 60 months TSR; $200 Special Assessment; Mandatory urine testing.

**Special Conditions:**

Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    1/11/2013

**Other Court Actions:**

**01/15/2014:**       Probation Form 12A1, Report on Offender Under Supervision, submitted to the Court (Southern District of Iowa), due to a positive methamphetamine urine sample.

**02/12/2014**:       Transfer of Jurisdiction accepted from the Southern District of Iowa.

PROB 12B
(08/13)

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, Turning Point of California, for a period of 180 days; said placement shall commence at the direction of the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On January 7, 2014, a violation letter was mailed to the Southern District of Iowa to provide notification that on December 24, 2013, the offender submitted a urine sample which tested positive for methamphetamine. He subsequently admitted to using the substance.

Most recently, on July 10 and 21, 2014, the offender submitted urine tests which tested positive for methamphetamine. On July, 23, 2014, the offender reported to the probation office. He admitted to the probation officer that he has used methamphetamine several times over the past few months.

It is noted in the Presentence Report that the offender admitted to beginning the use of methamphetamine at age 14. He further disclosed that prior to his arrest for the instance offense, he was using methamphetamine every other day.

Based on the offender's prior addiction to methamphetamine and his current use of the substance, the probation officer believes he would benefit from a placement in a residential community corrections center (RRC).

The probation officer notes that the offender has tested positive for illegal controlled substances more than three times over the course of one year. The probation officer is requesting the offender be allowed to reside in a RRC for a period of 6 months in lieu of formal Court proceedings. The probation officer believes that a modification to the RRC will assist the offender in obtaining sustained sobriety.

Therefore, it is respectfully recommended the Court modify the conditions of supervised release to include a special condition for the offender reside and participate in the residential community corrections center, Turning Point of California, for a period of 180 days.

On July 23, 2014, the offender voluntarily signed Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release.

PROB 12B
(04/13)

Should the Court have any questions, please feel free to contact this probation officer.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

Respectfully submitted,

**/s/ Yasmin Villegas**

**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone: (559) 734-2933

**DATED:**   8/5/2014

Reviewed by,

**/s/ Lonnie E. Stockton**

**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other\

IT IS SO ORDERED.

Dated:   August 13, 2014   

SENIOR  DISTRICT  JUDGE

PROB 12B
(04/13)