**Law Office of Monica L. Bermudez**
**S**BN 275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
JOSE LUIS GALLARDO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00024-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| JOSE LUIS GALLARDO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. I SHII AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE LUIS GALLARDO, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the Sentencing currently set for Monday, November 17, 2014 be continued to Monday, December 15, 2014.

I will be out of the state on a personal matter. I have spoken to AUSA Brian Delaney and he has no objection to continuing the Sentencing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

- 1

//

**IT IS SO STIPULATED.**

                                    Respectfully Submitted,

DATED: 11/4/14                        ***/s/ Monica L. Bermudez***
                                        MONICA L. BERMUDEZ
                                        Attorney for Defendant
                                        JOSE LUIS GALLARDO

DATED: 11/4/14                        ***/s/Brian Delaney***
                                        BRIAN DELANEY
                                        Assistant U.S. Attorney

## **ORDER**

The Sentencing hearing currently set for Monday, November 17, 2014, as to Jose Luis Gallardo, is continued to Monday, December 15, 2014 at 10:00am.

IT IS SO ORDERED.

Dated:   November 5, 2014                       _____
                                                    SENIOR  DISTRICT  JUDGE